# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ENRIQUE ACOSTA,<br><br>Petitioner,<br><br>v.<br><br>BRIAN CATES,<br><br>Respondent. | Case No. 2:25-cv-06446-FWS-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated:  April 24, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE