# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

ENRIQUE ACOSTA,

Petitioner,

v.

BRIAN CATES,

Respondent.

Case No. 2:25-cv-06446-FWS-DFM

JUDGMENT

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated:  April 24, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE